In the
United States District Court
for the District of Maryland

Jeffrey Craddock
et al.,

Plaintiffs,

v.　　　　　Civil Action No. 13-3482 MJG

Dr. Theodore Manson
et al.,

Defendants.

[~~Proposed~~] Order

Upon consideration of plaintiffs' motion to dismiss without prejudice and defendants' consent thereto and the entire record herein, it is hereby

ORDERED, that the case shall be, and hereby is, dismissed without prejudice.

_____/s/_____
Marvin J. Garbis
United States District Judge　　　　　Dated: June 25, 2015